IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> AMCEE ENTERPRISES, INC., ) <br> MOHANBHAI M. PATEL and ) <br> PRADIP M. PATEL ) <br> ) <br> Defendants. ) <br> ) | **JURY TRIAL DEMANDED** <br> Civil Action No. 5:13cv200 |

## ENTRY OF DEFAULT BY CLERK

Upon the Motion for Entry of Default filed by Plaintiff, Choice Hotels International, Inc., and for good cause shown, namely, that Defendants, Amcee Enterprises, Inc., Mohanbhai M. Patel, and Pradip M. Patel, after having been served, have each failed to file an answer or any other responsive pleading within the time allotted by the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, pursuant to Rule 55, Fed.R.Civ.P., that default is entered against each of the Defendants in this action.

IT IS SO ORDERED.

This the 17th day of July, 2013.

_Julie A. Richards_
Clerk of Court
United States District Court
Eastern District of North Carolina